# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| In Re. PLAZA MARIACHI, LLC | § | Case No. | 24-02441 |
| | § | | |
| | § | | |
| _____ | § | | |
| Debtor(s) | § | | |

Clear All Fields

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2024       Petition Date: 07/01/2024

Months Pending: 2       Industry Classification: | 5 | 3 | 1 | 1 |

Reporting Method:       Accrual Basis ○       Cash Basis ◉

Debtor's Full-Time Employees (current):       0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Mahan Mark Janbakhsh       Mahan Mark Janbakhsh
Signature of Responsible Party       Printed Name of Responsible Party

09/11/2024
Date

3955 Nolensville Pike, Nashville, TN 37211
Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $79,750 | |
| b. Total receipts (net of transfers between accounts) | $0 | $79,750 |
| c. Total disbursements (net of transfers between accounts) | $41,890 | $41,890 |
| d. Cash balance end of month (a+b-c) | $37,860 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $41,890 | $41,890 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $79,500 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $16,393,801 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $15,121,005 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $4,668,843 |
| n. Total liabilities (debt) (j+k+l+m) | $19,789,848 |
| o. Ending equity/net worth (e-n) | $-3,396,047 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $7,566 | |
| g. Depreciation and/or amortization (not included in 4b) | $34,323 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-41,890 | $-18,890 |

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | The Burgess Law Group | Lead Counsel | $0 | $0 | $0 | $0 |
| Delete | ii | Evans, Jones & Reynolds, PC | Local Counsel | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | | |
| Delete | ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7:  Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c. Were any payments made to or on behalf of insiders?   Yes ○  No ●

d. Are you current on postpetition tax return filings?   Yes ●  No ○

e. Are you current on postpetition estimated tax payments?   Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ●

i. Do you have:   Worker's compensation insurance?   Yes ○  No ●

If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)

Casualty/property insurance?   Yes ●  No ○

If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

General liability insurance?   Yes ●  No ○

If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○  No ●

Click "Generate PDF" to Remove Watermark

k.  Has a disclosure statement been filed with the court?          Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as            Yes ◉  No ○
    set forth under 28 U.S.C. § 1930?

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11      Yes ○  No ◉
    U.S.C § 101(14A)?
m.  If yes, have you made all Domestic Support Obligation payments?      Yes ○  No ○  N/A ◉

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Mahan Mark Janbakhsh                              Mahan Mark Janbakhsh
Signature of Responsible Party                        Printed Name of Responsible Party

Member/Manager                                        09/11/2024
Title                                                 Date

| Save | | Generate PDF for Court Filing and Remove Watermark |
|---|---|---|

# PLAZA MARIACHI, LLC
## Balance Sheet
### As of August 31, 2024

|  | Aug 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10900 · Regions Bank | 37,860.41 |
| **Total Checking/Savings** | 37,860.41 |
| **Total Current Assets** | 37,860.41 |
| **Fixed Assets** | |
| **JMM II, LLC fixed assets** | |
| 1605 · Land | 409,771.17 |
| 1701 · Accumulated Depreciation | -3,807,144.57 |
| 1625 · 3955 Construction costs | 14,963,127.75 |
| 1624 · 3955 Nolensville Rd Building | 1,789,831.13 |
| 1601 · Equipment | 824,640.49 |
| 1606 · Furniture and fixtures | 84,659.71 |
| **Total JMM II, LLC fixed assets** | 14,264,885.68 |
| **JMM III, LLC fixed assets** | |
| 1600 · Land | 985,760.00 |
| 1702 · Accumulated Depreciation | -782,200.65 |
| 1623 · Building | 47,779.45 |
| 1602 · Furniture and Equipment | 41,477.05 |
| 1621 · Real Estate | 1,798,240.00 |
| **Total JMM III, LLC fixed assets** | 2,091,055.85 |
| **Total Fixed Assets** | 16,355,941.53 |
| **TOTAL ASSETS** | **16,393,801.94** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2000 · Accounts Payable | 224,734.28 |
| **Total Accounts Payable** | 224,734.28 |
| **Total Current Liabilities** | 224,734.28 |
| **Long Term Liabilities** | |
| N/P - Capital one settlement | 6,691,839.16 |
| NP to HFF | 4,668,843.00 |
| 2410 · N/P - Heritage Bank $8MM | 8,204,432.10 |
| **Total Long Term Liabilities** | 19,565,114.26 |
| **Total Liabilities** | 19,789,848.54 |
| **Equity** | |
| 3500 · Retained Earnings | -728,618.40 |
| 3200 · Members Equity | -1,008,895.61 |
| Net Income | -1,658,532.59 |
| **Total Equity** | -3,396,046.60 |
| **TOTAL LIABILITIES & EQUITY** | **16,393,801.94** |

# PLAZA MARIACHI, LLC
## Profit & Loss
### August 2024

|  | Aug 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
|     **1001 · Insurance** | 7,566.13 |
|     **6010 · Interest Expense** | 34,323.46 |
| **Total Expense** | 41,889.59 |
| **Net Ordinary Income** | -41,889.59 |
| **Net Income** | **-41,889.59** |

# PLAZA MARIACHI, LLC
## Profit & Loss
### July through August 2024

|  | Jul - Aug 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4200 · Rental Income | 79,500.00 |
| **Total Income** | 79,500.00 |
| **Gross Profit** | 79,500.00 |
| **Expense** | |
| 1001 · Insurance | 7,566.13 |
| 6085 · Depreciation Expense | 56,500.00 |
| 6010 · Interest Expense | 34,323.46 |
| **Total Expense** | 98,389.59 |
| **Net Ordinary Income** | -18,889.59 |
| **Net Income** | **-18,889.59** |



**Regions Bank**
One Nashville Place
150 4th Ave. N
Nashville, TN 37219

PLAZA MARIACHI LLC
DEBTOR IN POSSESSION
3955 NOLENSVILLE PIKE
NASHVILLE TN 37211-4202

## BUSINESS INTEREST CHECKING
August 1, 2024 through August 30, 2024

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $79,750.37 | Minimum Daily Balance | $37,860 |
| Deposits & Credits | $79,500.00 + | Average Monthly Statement Balance | $58,594 |
| Net Interest Earned | $0.42 + | Annual Percentage Yield Earned | 0.01% |
| Withdrawals | $121,389.96 − | Interest This Period | $0.42 |
| Fees | $0.00 − | Average Collected Balance | $50,644.78 |
| Automatic Transfers | $0.00 + | 2024 YTD Interest | $0.79 |
| Checks | $0.00 − | | |
| **Ending Balance** | $37,860.83 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/16 | Deposit - Thank You | 79,500.00 |

### INTEREST

| | | |
|---|---|---|
| 08/30 | Interest Payment | 0.42 |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/06 | Wire Transfer First Financia | 34,323.46 |
| 08/09 | State Fax458jqgx Payments Plaza Mariachi Ch9g77fu | 3,783.25 |
| 08/20 | Returned Deposit Item # of Itm(S) 0001 | 79,500.00 |
| 08/28 | State Farm Billg Payments Plaza Mariachi Cr98f4vr | 402.68 |
| 08/28 | State Farm Billg Payments Plaza Mariachi Cr98g00b | 3,380.57 |
| | Total Withdrawals | $121,389.96 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/06 | 45,426.91 | 08/16 | 121,143.66 | 08/28 | 37,860.41 |
| 08/09 | 41,643.66 | 08/20 | 41,643.66 | 08/30 | 37,860.83 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**Thank You For Banking With Regions!**

2024 Regions Bank Member FDIC. All loans subject to credit approval.

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.