In re:  Case No. 24-02441-CMW

PLAZA MARIACHI LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: admin     Page 1 of 2
Date Rcvd: Sep 18, 2024     Form ID: pdf001     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PLAZA MARIACHI LLC, 3955 NOLENSVILLE PIKE, NASHVILLE, TN 37211-4299 |
| cr | + | Capital One, National Association, 299 Park Avenue, New York, NY 10171-0002 |
| cr | + | First Financial Bank, N.A., c/o Exo Legal PLLC, P.O. Box 121616, Nashville, TN 37212-1616 |
| 7713929 | + | CAPITAL ONE, 2 BETHESDA METRO CENTER, 7TH FLOOR, BETHESDA MD 20814-5388 |
| 7713930 | + | DAVIDSON COUNTY, C/O DAVIDSON COUNTY METROPOLITAN TRUST, PO BOX 196358, NASHVILLE TN 37219-6358 |
| 7713931 | + | EQUIPMENT FINDERS INC OF TN, 201 FOURTH AVENUE NORTH, SUITE 1400, NASHVILLE TN 37219-2001 |
| 7713933 | + | FIRST FINANCIAL BANK, C/O DAVID ANTHONY, ESQ., EXOLEGAL, P.O. BOX 121616, NASHVILLE TN 37212-1616 |
| 7713934 | + | INTERNAL REVENUE SERVICE, ADVISORY CONSOLIDATED RECEIPTS, 7940 KENTUCKY DRIVE, STOP 2850F, FLORENCE KY 41042-2915 |
| 7713935 | | INTERSTATE AC SERVICE LLC, 1877 AIR LANE DRIVE, NASHVILLE TN 37210-3811 |
| 7728548 | + | LIBERTY HVAC & ENERGY SERVICES INC, DON MOSS, 133 GILLETTE DRIVE, FRANKLIN TN 37069-4113 |
| 7713936 | + | LIBERTY HVAC & ENERGY SERVICES, INC., 7121 CROSSROADS BLVD, SUITE 103, BRENTWOOD TN 37027-2893 |
| 7725785 | + | Liberty HVAC & Energy Services, LLC f/k/a Liberty, 7121 Crossroads Blvd, Suite 103, Brentwood, TN 37027-2893 |
| 7713938 | + | PM REALTY NASHVILLE, LLC, 4601 NOLENSVILLE PIKE, NASHVILLE TN 37211-5205 |
| 7713939 | + | ROBERT HARRIS QUARLES & BRADY LLP, TWO NORTH CENTRAL AVENUE SUITE 600, PHOENIX AZ 85004-2391 |
| 7713927 | + | TODD A. BURGESS, THE BURGESS LAW GROUP, 3131 E CAMELBACK ROAD SUITE 224, PHOENIX, AZ 85016-4599 |
| 7713941 | + | TWAIN INVESTMENT FUND 148 LLC, C/O HISPANIC FAMILY FOUNDATION, 3955 NOLENSVILLE PIKE, NASHVILLE TN 37211-4202 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 18 2024 23:20:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 7713937 | + | Email/Text: office@hillfirmlaw.com | Sep 18 2024 23:20:00 | MIDSOUTH MAINTENANCE OF TN, INC., C/O THE HILL FIRM, PO BOX 150529, NASHVILLE TN 37215-0529 |
| 7714446 | ^ | MEBN | Sep 18 2024 23:02:28 | Metropolitan Government--Nashville & Davidson Co., Post Office Box 196300, Nashville, TN 37219-6300 |
| 7713940 | + | Email/Text: tdor.bankruptcy@tn.gov | Sep 18 2024 23:20:00 | STATE OF TENNESSEE DEPARTMENT OF REVENUE, 500 DEADERICK STREET, NASHVILLE TN 37242-0001 |
| 7715721 | + | Email/Text: AGBankRevenue@ag.tn.gov | Sep 18 2024 23:20:00 | Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 7713932 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 18 2024 23:20:00 | FIRST BANK, 2121 ABBOTT MARTIN ROAD, NASHVILLE TN 37215 |
| 7713928 | | Email/Text: ustpregion08.na.ecf@usdoj.gov | Sep 18 2024 23:20:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE TN 37203-3966 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7713926 | *+ | PLAZA MARIACHI LLC, 3955 NOLENSVILLE PIKE, NASHVILLE TN 37211-4299 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Wilkerson Cook, III | on behalf of Creditor Capital One National Association ccook@puryearlawgroup.com, paralegalgroup@puryearlawgroup.com |
| DAVID M ANTHONY | on behalf of Creditor First Financial Bank N.A. david@exolegal.com |
| JANEL M. GLYNN | on behalf of Debtor PLAZA MARIACHI LLC janel@theburgesslawgroup.com angie@theburgesslawgroup.com,dana@theburgesslawgroup.com |
| JEFFREY S GRASL | on behalf of U.S. Trustee US TRUSTEE jeffrey.s.grasl@usdoj.gov |
| JOHN A. HARRIS | on behalf of Creditor Capital One National Association john.harris@quarles.com, sybil.aytch@quarles.com |
| MARK A. BOGDANOWICZ | on behalf of Creditor First Financial Bank N.A. mbogdanowicz@spencerfane.com, cwilkison@spencerfane.com |
| ROBERT P HARRIS | on behalf of Creditor Capital One National Association robert.harris@quarles.com, sybil.aytch@quarles.com |
| SEAN C WLODARCZYK | on behalf of Debtor PLAZA MARIACHI LLC swlodarczyk@ejrlaw.com |
| Steven Chase Fann | on behalf of Creditor First Financial Bank N.A. cfann@spencerfane.com |
| TODD A BURGESS | on behalf of Debtor PLAZA MARIACHI LLC todd@theburgesslawgroup.com dana@theburgesslawgroup.com,angie@theburgesslawgroup.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM FREDERICK MCCORMICK | on behalf of Creditor TN Dept of Revenue agbanklundin@ag.tn.gov |

TOTAL: 12

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/18/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Plaza Mariachi, LLC, | Case No. 3:24-bk-02441 |
| | Judge Hon. Charles M. Walker |
| Debtor. | |

**ORDER GRANTING DEBTOR'S ~~EX PARTE~~ MOTION FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

Upon consideration of the *Debtor's Ex Parte Motion for Entry of an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* (the "Motion"); the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of the Debtor, its estate and its creditors; (iv) the relief requested in the Motion is of the type that may be acted upon by the Court without notice or a hearing; and (v) upon the record herein after due deliberation thereon good and sufficient cause exists for the granting of relief as set forth herein.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is **GRANTED**.

2. The proposed form of Bar Date Notice is approved. Unless expressly stated herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Bar Date Notice.

3. The Following Dates are hereby established:

   a. The General Bar Date: **November 25, 2024 at 11:59 p.m., prevailing Eastern Standard Time.**

      i. The General Bar date is the date and time by which all entities must file proofs of claim so that such proofs are actually received by the Clerk. General Bar Date applies to all claims against the Debtor that arose or are deemed to have arisen prior to the Petition Date, including secured claims, unsecured priority claims, and unsecured nonpriority claims.

   b. The Governmental Bar Date: **December 28, 2024 at 11:59 p.m., prevailing Eastern Standard Time.**

      i. The Governmental Bar Date is the date by which all governmental units holding claims against the Debtor that arose prior to the Petition Date, must file proofs of claim in the above-captioned Chapter 11 case.

   c. The Rejection Bar Date: the later of (i) the General Bar Date and (ii) **11:59 p.m., prevailing Eastern Standard Time,** on the date that is **twenty-one (21) days** following entry of the relevant order or deemed

effective date of the rejection of such rejected contract or unexpired lease of the Debtor.

        i. The Rejection Bar Date is the date by which entities must file proofs of claim (including administrative claims) relating to the Debtor's rejection of executory contracts or unexpired leases.

    d. The Amended Schedules Bar Date: the later of (i) the General Bar Date and (ii) **11:59 p.m., prevailing Eastern Standard Time**, on the date that is **thirty (30) days** from the date on which the Debtor mails notice of the amendment to the Schedules.

4. The following entities holding claims against the Debtor arising prior to the Petition Date are required to file proofs of claim on or before the applicable Bar Date:

    a. any entity (i) whose prepetition claim against a Debtor is not listed in the applicable Debtor's Schedules or is listed as contingent, disputed or unliquidated and (ii) that desires to participate in any of these chapter 11 cases or share in any distribution in any of these chapter 11 cases; and

    b. any entity that believes that its prepetition claim is improperly classified in the Schedules or is listed in an incorrect amount or against an incorrect Debtor, and that desires to have its claim allowed in a classification or amount or against a Debtor other than that identified in the Schedules.

5. The following entities are not required to file proofs of claim by the General Bar Date:

   a. any entity whose claim is listed on the Schedules if: (i) the claim is **not** scheduled as any of "disputed," "contingent" or "unliquidated"; (ii) such entity agrees with the amount, nature and priority of the claim as set forth in the Schedules; and (iii) such entity does not dispute that its claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

   b. any entity whose claim has previously been allowed by order of the Court;

   c. any entity whose claim has been paid in full by the Debtor pursuant to the Bankruptcy Code in accordance with an order of the Court;

   d. any entity whose claim is solely against any of the Debtor's non-Debtor affiliates;

   e. any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an expense of administration incurred in the ordinary course; *provided*, *however*, that any entity asserting a claim entitled to priority under Bankruptcy Code section 503(b)(9) must assert such claims by filing a request for payment or a proof of claim on or prior to the General Bar Date;

   f. any entity holding a claim for which a separate deadline is fixed by the Court; and

    g.    claims for fees and expenses of professionals retained in these proceedings.

6.    Any entity who fails to file a proof of claim, as required by this Order, the Bankruptcy Code or the Bankruptcy Rules, is forever estopped and enjoined from:

    a.    asserting any such claim against the Debtor or its estate or against any reorganized Debtor or successor in interest following the effective date of a Chapter 11 plan of reorganization in this case, or property that (i) is in an amount that exceeds the amount, if any, that is identified in the Schedules on behalf of such entity as undisputed, noncontingent and liquidated or (ii) is of a different nature or classification than any such claim identified in the Schedules on behalf of such entity;

    b.    receiving distributions under the Plan in respect of an Unscheduled Claim;

    c.    with respect to any administrative priority claim component of any Rejection Damages Claim, asserting any such priority claim against the Debtor or its estate or property.

7.    The following procedures for providing notice of bar dates and filing proofs of clam will apply:

    a.    Debtor will serve on all known entities currently holding potential prepetition claims against the Debtor a notice of the Bar Dates and a

Proof of Claim Form, in the form of Official Form B 410, along with any necessary correspondence.

b. For any claim to be validly and properly filed, and except as otherwise provided herein, a signed original of a completed proof of claim, together with any accompanying documentation required hereunder or by Bankruptcy Rules 3001(c) and 3001(d), must be (a) filed through the CM/ECF system which may be accessed on the Court's website at https://www.tnmb.uscourts.gov/; or (b) filed electronically using the Electronic Proof of Claim (ePOC) Program on the Court's website at https://www.tnmb.uscourts.gov/file-electronic-proof-claim-epoc. Any party that requires assistance filing their claim may (i) call the Bankruptcy Court at (615) 736-5584, or (ii) visit the Bankruptcy Court in person at 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.). Proofs of claim will be deemed filed only when actually received by the United States Bankruptcy Court for the Middle District of Tennessee on or before the applicable Bar Date. **Proofs of claim may NOT be delivered by facsimile or electronic mail transmission.** Any facsimile or electronic mail submission will not be accepted and will not be deemed filed until a proof of claim is submitted by one of the approved methods described above.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

By: /s/ Todd A. Burgess
Todd A. Burgess (AZ SBN 019013)
(*Admitted Pro Hace Vice*)
Janel M. Glynn (AZ SBN 025497)
(*Admitted Pro Hace Vice*)
THE BURGESS LAW GROUP
3131 E. Camelback Road, Suite 224
Phoenix, AZ 85016
602-806-2100
todd@theburgesslawgroup.com
janel@theburgesslawgroup.com
*Bankruptcy Counsel for the Debtor*

Sean C. Wlodarczyk (TN SBN 30410)
Evans, Jones & Reynolds, PC
401 Commerce Street, Suite 710
Nashville, TN 37219
P: (615) 259-4685
F: (615) 256-4448
Email: Swlodarczyk@ejrlaw.com
*Local Counsel for Debtor*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.