SO ORDERED.
SIGNED 20th day of August, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Plaza Mariachi, LLC, | Case No. 3:24-bk-02441 |
| | Judge Hon. Charles M. Walker |
| Debtor. | |

## AGREED ORDER VACATING HEARING ON DISCLOSURE STATEMENT AND RELATED OBJECTION DEADLINE

THIS MATTER COMES BEFORE THE COURT pursuant to the *Notice Of And Motion For Entry Of Agreed Order Vacating Hearing On Disclosure Statement And Related Objection Deadline* (the "Motion") filed by debtor-in-possession Plaza Mariachi, LLC ("Debtor"). Pursuant to the Motion, the Debtor asks the Court to enter this order (the "Agreed Order") vacating the September 10, 2025 hearing on the Debtor's Disclosure Statement in Support of Plan of Reorganization [Dkt. 136] (the "Disclosure Statement")

5

and the related September 3, 2025 deadline to object to the Disclosure Statement. Based on all of the foregoing, and good cause appearing,

IT IS HEREBY ORDERED:

1. The September 10, 2025 hearing on the Disclosure Statement and the September 3, 2025 deadline to object to the Disclosure Statement are vacated.

2. After an amended plan and disclosure statement have been filed, the Debtor is directed to request a new hearing on the amended Disclosure Statement on at least 28 days' notice to all creditors.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

STIPULATED, AGREED TO, AND APPROVED FOR ENTRY BY:

PLAZA MARIACHI, LLC

By: */s/Todd A. Burgess*
    Todd A. Burgess (AZ SBN 019013) (*Admitted Pro Hace Vice*)
    Janel M. Glynn (AZ SBN 025497) (*Admitted Pro Hace Vice*)
    THE BURGESS LAW GROUP
    3131 E. Camelback Road, Suite 224
    Phoenix, AZ 85016
    todd@theburgesslawgroup.com
    janel@theburgesslawgroup.com
    *Bankruptcy Counsel for the Debtor*

FIRST FINANCIAL BANK, N.A.

By: */s/Mark Bogdanowicz*
    Mark Bogdanowicz
    SPENCER FANE LLP
    1000 Walnut, Suite 1400
    Kansas City, MO 64106
    mbogdanowicz@spencerfane.com
    *Attorneys for First Financial Bank, N.A.*

CAPITAL ONE, NATIONAL ASSOCIATION

By: /s/*Robert Harris*
    Robert P. Harris
    QUARLES & BRADY LLP
    One Renaissance Square
    Two North Central Avenue, Suite 600
    Phoenix, AZ 85004-2322
    Robert.harris@quarles.com
    *Attorneys for Capital One, National Association*