SO ORDERED.
SIGNED 27th day of January, 2026

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Charles M. Walker
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Plaza Mariachi, LLC, | Case No. 3:24-bk-02441 |
| | Judge Hon. Charles M. Walker |
| Debtor. | |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC FOR PAYMENT OF PROFESSIONAL FEES AS FINANCIAL ADVISOR TO DEBTOR

THIS MATTER CAME ON FOR CONSIDERATION on the *FIRST AND FINAL APPLICATION OF GLASSRATNER ADVISORY & CAPITAL GROUP LLC FOR PAYMENT OF PROFESSIONAL FEES AS FINANCIAL ADVISOR TO DEBTOR* [Dkt. 184] (the "Application") filed by GlassRatner Advisory & Capital Group LLC (formerly doing business as B. Riley Advisory Services) ("GlassRatner"), financial advisor to Plaza Mariachi, LLC (the "Debtor"), debtor and debtor-in-possession. It appears that good cause

1

exists for the Court to grant the Application. It further appears that notice of the Application was properly given pursuant to all applicable bankruptcy rules and that no objections were filed. Based on all of the foregoing, and good cause appearing:

IT IS THEREFORE ORDERED:

1. Granting the Application and approving on a final basis the allowance and payment of professional fees in the amount of $44,115 to GlassRatner for services rendered by GlassRatner in its capacity as financial advisor to the Debtor during the bankruptcy case.

2. GlassRatner is authorized to immediately apply its retainer in the amount of $20,000 in partial payment of its allowed professional fees.

3. Counsel for the Debtor, Burgess Law, LLC, is authorized and directed to immediately disburse the amount of $24,115 to GlassRatner from the Claim Reserve being held in the Burgess Law, LLC Trust Account to pay the balance (after the application of the GlassRatner retainer) of the professional fees allowed to GlassRatner on a final basis.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY BY:

PLAZA MARIACHI, LLC

By: */s/Todd A. Burgess*
Todd A. Burgess (AZ SBN 019013) (*Admitted Pro Hace Vice*)
THE BURGESS LAW GROUP
3131 E. Camelback Road, Suite 224
Phoenix, AZ 85016
todd@theburgesslawgroup.com
*Bankruptcy Counsel for the Debtor*