SO ORDERED.
SIGNED 3rd day of February, 2026

_____
Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Plaza Mariachi, LLC, | Case No. 3:24-bk-02441 |
| | Judge Hon. Charles M. Walker |
| Debtor. | |

## ORDER GRANTING NOTICE OF FOURTH AND FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR

THIS MATTER CAME ON FOR CONSIDERATION on the *NOTICE OF FOURTH AND FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR* (the "Application") filed by Burgess Law, LLC dba The Burgess Law Group, as general bankruptcy counsel for Plaza Mariachi, LLC (the "Debtor"). It appears that good cause exists for the Court to grant the Application. It further appears that notice of the Application was properly given

1

pursuant to all applicable bankruptcy rules and that no objections were filed. Based on all of the foregoing, and good cause appearing:

IT IS THEREFORE ORDERED:

1. Granting the Application and approving on a final basis the allowance and payment of professional fees in the amount of $89,825.00 and reimbursement of expenses in the amount of $2,303.91 for the period of October 1, 2025 – February 28, 2026.

2. Approving on a final basis $141,155 of professional fees and $1,133.34 of expenses for the period of July 1, 2024 – September 30, 2025 previously approved by the Court and paid on an interim basis.

3. Authorizing and directing Burgess Law, LLC to immediately disburse the amount of $92,128.91 from the Claim Reserve being held in the Burgess Law, LLC Trust Account to pay the unpaid professional fees allowed on a final basis pursuant to this Application.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY BY:

PLAZA MARIACHI, LLC

By: */s/Todd A. Burgess*
Todd A. Burgess (AZ SBN 019013) (*Admitted Pro Hace Vice*)
THE BURGESS LAW GROUP
3131 E. Camelback Road, Suite 224
Phoenix, AZ 85016
todd@theburgesslawgroup.com
*Bankruptcy Counsel for the Debtor*